# Third District Court of Appeal

## State of Florida

Opinion filed July 12, 2023.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D23-744
Lower Tribunal No. F13-1586B

————————

**Keyon L. Richardson,**

Appellant,

vs.

**The State of Florida,**

Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Ramiro C. Areces, Judge.

Keyon L. Richardson, in proper person.

Ashley Moody, Attorney General, for appellee.

Before EMAS, LINDSEY and GORDO JJ.

PER CURIAM.

Affirmed.  See Long v. State, 183 So. 3d 342, 345 (Fla. 2016) ("If a defendant seeks to make a newly discovered evidence claim, he must timely file a postconviction motion based on newly discovered evidence to vacate his judgment and sentence and meet a two-prong test . . . 'First, the evidence must not have been known by the trial court, the party, or counsel at the time of trial, and it must appear that the defendant or defense counsel could not have known of it by the use of diligence. Second, the newly discovered evidence must be of such nature that it would probably produce an acquittal on retrial.'" (quoting Tompkins v. State, 994 So. 2d 1072, 1086 (Fla. 2008))); Scott v. Dugger, 634 So. 2d 1062, 1065 (Fla. 1993) ("[W]e find that the evidence asserted as new in these proceedings is not newly discovered evidence.").